**Ricky Lee HANKINS, Plaintiff– Appellant,**

v.

**David BOEHN, Warden, Defendant– Appellee.**

No. 12–7176.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 27, 2012.

Ricky Lee Hankins, Appellant Pro Se.

746

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lee Hankins appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hankins v. Boehm,* No. 7:12–cv–00297–JLK–RSB, 2012 WL 4460555 (W.D.Va. July 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*